984

No. 90–1405.    ALABAMA v. HARRELL.    Ct. Crim. App. Ala. Motion of respondent for leave to proceed *in forma pauperis* granted.    Certiorari denied.

No. 90–1425.    TEXAS v. REEVES.    Ct. Crim. App. Tex.    Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 90–787.    FARR v. FEDERAL DEPOSIT INSURANCE CORPORATION ET AL., 498 U. S. 1119;
No. 90–1040.    PENA ET AL. v. TEXAS, 498 U. S. 1120;
No. 90–1178.    OYOLA v. UNITED STATES, 498 U. S. 1121;
No. 90–6445.    SILAGY v. PETERS, WARDEN, 498 U. S. 1110;
No. 90–6578.    WASHINGTON v. ARIZONA, 498 U. S. 1127;
No. 90–6620.    DAY v. GAF CORP. ET AL., *ante*, p. 924;
No. 90–6682.    THOMAS v. ILLINOIS, 498 U. S. 1127;
No. 90–6723.    SWEATT v. NEWS WORLD COMMUNICATIONS, INC., 498 U. S. 1106;
No. 90–6728.    DIXON v. DUCKWORTH, WARDEN, *ante*, p. 909;
No. 90–6742.    MACKEY v. MACKEY, *ante*, p. 909;
No. 90–6791.    PETERSON v. GRANNIS ET AL., *ante*, p. 925;
No. 90–6848.    DAY v. BARKETT, JUSTICE, FLORIDA SUPREME COURT, ET AL., *ante*, p. 926;
No. 90–6872.    TAMAYO-CARIBALLO v. UNITED STATES, 498 U. S. 1125;
No. 90–6877.    TILLMAN v. DUCKWORTH ET AL., *ante*, p. 927;
No. 90–6891.    IN RE MASON, *ante*, p. 918;
No. 90–6909.    NORRIS v. FEDERAL BUREAU OF INVESTIGATION, *ante*, p. 910; and
No. 90–6936.    METOYER v. KAISER, WARDEN, ET AL., *ante*, p. 928.    Petitions for rehearing denied.

No. 87–746.    MICHAEL H. ET AL. v. GERALD D., 491 U. S. 110 and 492 U. S. 937.    Motion of appellants for leave to file second petition for rehearing denied.    JUSTICE SCALIA and JUSTICE SOUTER took no part in the consideration or decision of this motion.

APRIL 23, 1991

No. 90–7785 (A–799).    HARICH v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.    C. A. 11th Cir.    Applica-